(98 South. 309)

Ex parte Stanley SULLIVAN.    (2 Div. 828.)

(Supreme Court of Alabama.   Nov. 29, 1923.)

Certiorari to Court of Appeals.

C. P. McIntyre, of Montgomery, for petitioner.

Arthur M. Pitts, of Selma, opposed.

PER CURIAM. Petition of Stanley Sullivan for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Stanley Sullivan v. S. F. Hobbs, 98 South. 307.

Writ denied.